[No. 12132–4–I.   Division One.   December 14, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
WHITLEY BENOIT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–03956–8, Jim Bates, J., entered July 23,
1982. *Affirmed* by unpublished opinion per Corbett, J.,
concurred in by Andersen, C.J., and Callow, J.

[No. 11705–0–I.   Division One.   December 14, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN
JOHN ROTH, *Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 81–1–03003–0, George H. Revelle and Warren
Chan, JJ., entered April 23, 1982, and November 9, 1981.
*Affirmed* by unpublished opinion per Callow, J., concurred
in by Andersen, C.J., and Corbett, J.

[No. 9110–7–I.   Division One.   December 14, 1983.]

*In the Matter of the Marriage of* JUDITH HALL,
*Respondent, and* PHILLIP L. HALL,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–3–00412–3, Jerome M. Johnson, J., entered
June 27, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Durham, J., Swanson, J.,
dissenting in part.